**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Tabbatha T. Johnson

**name of plaintiff(s)**

**CIVIL ACTION**

**versus**

Kelly Services

**NO.**_____ )

**name of defendant(s)**

## COMPLAINT

1.    **State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):**

Employer violated Plaintiff civil rights denying her access to work in violation of company policy.

2.    **Plaintiff,** Tabbatha T. Johnson    **resides at**

11888 Longridge Ave apt 2117 , Baton Rouge ,
**street address**                         **city**

East Baton Rouge , La , 70816 , 2252266660
**parish**         **state**   **zip code**   **telephone number**

**(if more than one plaintiff, provide the same information for each plaintiff below)**

3.    **Defendant,** Kelly Services    **lives at, or**

**its business is located at** 3888 S. Sherwood Forest Blvd STE ,
**street address**

Baton Rouge    EBR    LA ,
**city**          **parish**    **state**

70816 , 2252953708 ,
**zip code**   **telephone number**

(if more than one defendant, provide the same information for each defendant below)

4. **Statement of claim** ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Defendant allowed Jennifer Williams(account manager)to deactivate Plantiffs employee profile. In violation of company policy preventing Plaintiff from working. Defendant gave stipulations.

5. **Prayers for Relief (list what you want the Court to do):**

a. reinstatement

b. punitive damages

c. compensatory damages

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 21st day of october , 20 21

_____

_____

_____

(signature of plaintiff (s))

Tabbatha T. Johnson
11888 Longridge Dr Apt #2117
Baton Rouge, La 70816
(225)226-6660