# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TABBATHA JOHNSON**　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**　　　　　　　　　　　　　　　　　　　　　　　NO. 21-623-JWD-RLB**

**KELLY SERVICES**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Reports dated February 17, 2022, (Doc. 7), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), because it is both legally frivolous and fails to state a claim.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 9, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**